John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 800021

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11277 | 999-0 | JESSIE PETE JACK<br>Original Check written to:<br>JESSIE PETE JACK<br>1498 ELGIE<br>BEAUMONT, TX  77705 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 04-11759 | 001-0 | FORREST S MCDANIEL<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx0783 | 1,131.61 | 80.79 | 0.00 | 80.79 |
| 04-90869 | 008-0 | ROBERT ANDREW HARRIS<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx2798 | 462.98 | 16.68 | 0.00 | 16.68 |
| 05-10535 | 005-0 | ROBERT L HEASLET<br>Original Check written to:<br>SE TEXAS MEDICAL ASSOCIATE<br>P O BOX 26018 DEPT 8006<br>BEAUMONT, TX  77720-8006 | x6960 | 135.37 | 4.33 | 0.00 | 4.33 |
| 05-10535 | 018-0 | ROBERT L HEASLET<br>Original Check written to:<br>HOME BASS & ASSOCIATES<br>3936 E FORT LOWELL ROAD #200<br>TUCSON, AZ  85712-1083 | 6765 | 806.49 | 9.75 | 0.00 | 9.75 |
| 06-90262 | 017-0 | LARRY D JACKSON<br>Original Check written to:<br>VANDERBILT MORTGAGE<br>P O BOX 9800<br>MARYVILLE, TN  37802 | xx1044 | 12,185.50 | 752.28 | 0.00 | 752.28 |
| 07-10448 | 023-0 | LARRY D. LEWIS, JR.<br>Original Check written to:<br>SAM'S CLUB CONSUMER<br>C/O GE CONSUMER FINANCE<br>P.O. BOX 960061<br>ORLANDO, FL  32896-0061 | xxxxxxxxxxxxxxxxx4237 | 67.20 | 3.70 | 0.00 | 3.70 |